UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>MONTREAL MAINE & ATLANTIC RAILWAY, LTD.<br><br>                    Debtor. | Case No.   1:13-mc-00184-NT<br>                    1:14-cv-00071-NT<br>                    1:14-cv-00113-NT<br>                    through and including<br>                    1:14-cv-00130-NT<br><br>Chapter 11 |

## CHAPTER 11 TRUSTEE'S REPORT ON SETTLEMENT STATUS

Robert J. Keach, as trustee (the "Trustee") of Montreal Maine & Atlantic Railway, Ltd. (the "Debtor"), files this report, pursuant to an order of this Court, regarding "the result of the parties' discussions regarding the possible resolution of the claims [the "Settlement Deadline"]." Report of Telephone Conference and Order, p. 2 [D.E. 269] (the "Report").

As set forth in the Report, the Settlement Deadline was originally scheduled for February 20, 2015. Id.

On February 19, 2015, the Trustee filed the *Joint Motion of the Trustee, Annick Roy (o/b/o Jean-Guy Veilleux) and Marie-Josee Grimard (o/b/o Henriette Latulippe), and the Official Committee of Victims for Agreed Order Extending Certain Deadlines* [D.E. 270] (the "First Joint Motion"), which proposed to extend the Settlement Deadline to March 6, 2015. On February 20, 2015, the Court entered an order granting the First Joint Motion [D.E. 271].

On March 6, 2015, the Trustee filed the *Second Joint Motion of the Trustee, Annick Roy (o/b/o Jean-Guy Veilleux) and Marie-Josee Grimard (o/b/o Henriette Latulippe), and the Official Committee of Victims for Agreed Order Extending Certain Deadlines* [D.E. 272] (the "Second Joint Motion"), which proposed to extend the Settlement Deadline to March 20, 2015.

Following a hearing March 11, 2015, the Court entered an order granting the Second Joint Motion [D.E. 274].

As set forth in the Second Joint Motion, the extension of the Settlement Deadline permitted the Trustee to synchronize the disclosure of settling parties in this case with the process set forth in an order entered in the *Companies' Creditors Arrangement Act* case of Montreal Maine & Atlantic Canada Co. currently pending in the Superior Court of Canada, District of Saint-François, which extends the stay of the Class Action (as defined therein) up to and including March 20, 2015, and provides for an automatic extension of the stay thereafter as to settling parties.

Since the submission of the Second Joint Motion, and the Court's entry of an order granting the relief therein, the Trustee has continued to engage in settlement discussions with various parties who are defendants in these actions and with other parties not named as defendants. As a result thereof, and as directed by this Court, attached hereto as **Exhibit A** is a list (the "List") of the parties who have (a) either executed settlement agreements with the Trustee and Montreal Maine & Atlantic Canada Co.; or (b) have agreed upon the terms of settlement agreements (collectively, the "Settling Defendants"). In accordance with the agreement reached with the Plaintiffs in the Transferred Cases, the existing stay will remain in place with respect to, and no New Cases will be brought against, the Settling Defendants (subject to the terms set forth in the List and the settlement agreements) pending court approval of the respective settlements and the satisfaction of other conditions set forth in the relevant settlement agreements.

Dated:  March 20, 2015	ROBERT J. KEACH,
	CHAPTER 11 TRUSTEE OF MONTREAL
	MAINE & ATLANTIC RAILWAY, LTD.

	By his attorneys:

	*/s/ Timothy J. McKeon*
	Timothy J. McKeon, Esq.
	BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
	100 Middle Street
	P.O. Box 9729
	Portland, ME 04104
	Telephone: (207) 774-1200
	Facsimile: (207) 774-1127

## CERTIFICATE OF SERVICE

I, Timothy J. McKeon, Esq., of Bernstein, Shur, Sawyer & Nelson, P.A., hereby certify that on March 20, 2015, I electronically filed the *Chapter 11 Trustee's Report on Settlement Status* using the CM/ECF system which will send notification of such filing to the attorneys/parties of record who have registered as CM/ECF participants.

I further certify that on March 20, 2015, I forwarded a copy of the *Chapter 11 Trustee's Report on Settlement Status* to the parties listed on the attached Service List via U.S. First Class Mail.

Dated: March 20, 2015            */s/ Timothy J. McKeon*
                                 Timothy J. McKeon, Esq.
                                 BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
                                 100 Middle Street
                                 P.O. Box 9729
                                 Portland, ME 04104
                                 Telephone: (207) 774-1200
                                 Facsimile: (207) 774-1127

## SERVICE LIST

**Service via U.S. First Class Mail:**

Ashley S. Whyman
Murtha Cullina LLP
99 High Street
20th Floor
Boston, MA 02110

Robert C. Brown
Moore & Van Allen PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC 28202